UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **BRYAN CARY, #269436,**  Plaintiff,  vs.  **LOXTON,**  Defendant. | CASE NO. 2:22-CV-10854  HON. TERRENCE G. BERG  **JUDGMENT** |

The above-entitled matter having come before the Court on a civil rights complaint brought pursuant to 42 U.S.C. § 1983, the Honorable Terrence G. Berg, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the civil rights complaint is **DISMISSED WITHOUT PREJUDICE**.

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE